UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 16 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| JENNY ROCHA, o/b/o A.R., Minor Child, | |
| Plaintiff, | NO. CV-11-3006-CI |
| vs. | JUDGMENT IN A CIVIL CASE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The matter is **REMANDED** to the Commissioner for an immediate award of benefits.

Defendant's Motion for Summary Judgment is DENIED. Judgment is entered for Plaintiff.

DATED this 16th day of October, 2012.

JAMES R. LARSEN
District Court Executive/Clerk

By: *Linda Emerson*
Deputy Clerk

cc: all counsel